# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## CITY OF DALLAS

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**

Dec 17 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-252817

1. LEGAL NAME OF DECEASED: RODNEY JEROME LOTT
2. DATE OF DEATH: NOVEMBER 27, 2021
3. SEX: MALE
4. DATE OF BIRTH: [redacted] 1952
5. AGE-Last Birthday (Years): 69
6. BIRTHPLACE: BENTON HARBOR, MI
7. SOCIAL SECURITY NUMBER: [redacted]8352
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME: DOROTHEA SHANKS
10a. RESIDENCE STREET ADDRESS: 12263 RIM ROCK RD
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75253
10g. INSIDE CITY LIMITS: ☒ Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: EUGENE PERRY LOTT
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: QUEEN ESTHER MORGAN
13. PLACE OF DEATH: ☒ Decedent's Home
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP: DALLAS, 75253
16. FACILITY NAME: 12263 RIM ROCK RD
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: DR. DOROTHEA SHANKS LOTT - SPOUSE
18. MAILING ADDRESS OF INFORMANT: 12263 RIM ROCK RD, DALLAS, TX 75253
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: VERNON O. SMITH, BY ELECTRONIC SIGNATURE - 116160
22. PLACE OF DISPOSITION: LAUREL LAND MEMORIAL PARK
23. LOCATION: DALLAS, TX
24. NAME OF FUNERAL FACILITY: EVERGREEN MEMORIAL FUNERAL HOME, INC.
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 6449 UNIVERSITY HILLS BLVD., DALLAS, TX 75241
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: GARRY GUCE, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: DECEMBER 17, 2021
29. LICENSE NUMBER: N7094
30. TIME OF DEATH: 06:37 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: GARRY GUCE 874 ED HALL DR. STE. 106, KAUFMAN, TX 75142
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF PANCREAS — Approximate interval: MONTHS

34. WAS AN AUTOPSY PERFORMED? ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown
38. IF FEMALE: (n/a)

42a. REGISTRAR FILE NO.: 02014323
42b. DATE RECEIVED BY LOCAL REGISTRAR: DECEMBER 17, 2021
42c. REGISTRAR: REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

EDR NUMBER: 000044445196521

VS-112 REV 1/2006

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED DEC 2 0 2021

Margarita A. Carrasco
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

SF 02355257