IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
DOROTHEA SHANKS-LOTT, as personal
representative of the ESTATE OF RODNEY
LOTT, deceased

Civil Case # 1:20-cv-01913

---

### FIRST AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Rodney Lott

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dorothea Shanks-Lott, as personal representative of the Estate of Rodney Lott, deceased.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas
   _____

6.  Plaintiff's/Deceased Party's current state of residence:

   Texas
   _____

7.  District Court and Division in which venue would be proper absent direct filing:

   Texas Northern District Court - Dallas, TX
   _____

8.  Defendants (Check Defendants against whom Complaint is made):

   ☑  Cook Incorporated

   ☑  Cook Medical LLC

   ☑  William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☑  Diversity of Citizenship

   ☐  Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Venue: Paragraph 27
   _____

   Subject Matter Jurisdiction: Paragraph 23
   _____

   Personal Jurisdiction: Paragraphs 24 and 26
   _____

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☑ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

09/02/2013
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Baylor University Medical Center - Dallas, TX
_____

_____

13. Implanting Physician(s):

Dr. Chet Rees
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:     Strict Products Liability – Failure to Warn

☑ Count II:    Strict Products Liability – Design Defect

☑ Count III:   Negligence

☑ Count IV:    Negligence Per Se

3

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable ___Texas___ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☑ Count X:      Survival

☑ Count XI:     Punitive Damages

☑ Other:        ___see below___ (please state the facts supporting

this Count in the space, immediately below)

☑ Other:        ___see below___ (please state the facts supporting

this Count in the space, immediately below)

Plaintiff incorporates all claims and facts alleged in Dkt. 18900

Defendants Expressly and Impliedly warranted that the Cook IVC Filter was a permanent lifetime implant

and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by

the Plaintiff to his detriment.

15. Attorney for Plaintiff(s):

Basil E. Adham, Johnson Law Group

16. Address and bar information for Attorney for Plaintiff(s):

4

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

Respectfully submitted,

/s/ Basil E. Adham

Basil E. Adham
TX Bar No 24081742
Jessica Glitz
TX Bar No. 24076095
Johnson Law Group
2925 Richmond Ave.,
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394